UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: KLOSOWSKI, ANTHONY M | § | Case No. 08-72232 |
| KLOSOWSKI, DELLA M | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on July 16, 2008. The undersigned trustee was appointed on July 22, 2008.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of      $       95,002.15

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Administrative expenses | 44,609.60 |
   | Payments to creditors | 9,812.89 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Payments to the debtor | 15,000.00 |
   | Leaving a balance on hand of[1]   $ | 25,579.66 |

The remaining funds are available for distribution.

   5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

   6. The deadline for filing claims in this case was 11/24/2008. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

   7. The Trustee's proposed distribution is attached as **Exhibit D**.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (9/1/2009)**

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,995.13. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $6,995.13, for a total compensation of $6,995.13. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $190.18, for total expenses of $190.18.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/25/2009         By:/s/JOSEPH D. OLSEN
                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TFR (9/1/2009)

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

Case Number: 08-72232
Case Name: KLOSOWSKI, ANTHONY M
KLOSOWSKI, DELLA M
Period Ending: 11/25/09

Trustee: (330400) JOSEPH D. OLSEN
Filed (f) or Converted (c): 07/16/08 (f)
§341(a) Meeting Date: 08/21/08
Claims Bar Date: 11/24/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 12992 Park Way | 20,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking account @ Harris Bank | 140.00 | 0.00 | DA | 0.00 | FA |
| 3 | Normal compliment of furniture | 500.00 | 0.00 | DA | 0.00 | FA |
| 4 | Normal compliment of wearing apparel | 250.00 | 0.00 | DA | 0.00 | FA |
| 5 | Jewelry and wedding rings | 300.00 | 0.00 | DA | 0.00 | FA |
| 6 | New York Life | 500.00 | 0.00 | DA | 0.00 | FA |
| 7 | Prudential | 200.00 | 0.00 | DA | 0.00 | FA |
| 8 | Medical Malpractice Lawsuit | Unknown | 200,000.00 | | 95,000.00 | FA |
| 9 | 2008 Scion | 13,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | Computer | 200.00 | 0.00 | DA | 0.00 | FA |
| 11 | 5 Cats | 5.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 2.15 | Unknown |
| 12 | Assets   Totals (Excluding unknown values) | $35,095.00 | $200,000.00 | | $95,002.15 | $0.00 |

**Major Activities Affecting Case Closing:**

Administering a medical malpractice case, Debtor's prepetition medical malpractice attorneys have been hired by the Estate. The case was apparently filed 2006 and waiting for mediation to be resolved and discovery to be concluded before set for trial. Outside counsel letter is attached.

Initial Projected Date Of Final Report (TFR):   December 31, 2010          Current Projected Date Of Final Report (TFR):   December 31, 2010

Printed: 11/25/2009 07:31 AM   V.11.53

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 08-72232 | Trustee: | JOSEPH D. OLSEN (330400) |
| --- | --- | --- | --- |
| Case Name: | KLOSOWSKI, ANTHONY M | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | KLOSOWSKI, DELLA M | Account: | ***-*****89-65 - Money Market Account |
| Taxpayer ID #: | 54-6855712 | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 11/25/09 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 08/24/09 | {8} | Chelsea Rhone Health Cap Imprest Account | pymt by Astra Care | 1129-000 | 25,000.00 | | 25,000.00 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.13 | | 25,000.13 |
| 08/31/09 | 1001 | Sandman, Levy & Petrich | Per 8/3 Court Order - P.I. fees/costs | 3210-600 | | 20,322.10 | 4,678.03 |
| 08/31/09 | | Bank-Initiated transfer out | Bank-Initiated transfer out | 9999-000 | | 25,000.00 | -20,321.97 |
| 09/14/09 | | From Account #********8966 | To fund check written off of MMA | 9999-000 | 25,000.00 | | 4,678.03 |
| 09/14/09 | 1002 | Anthony and Della Klosowski | Per Ct. order of 8/3/09 - Debtor's exemption | 8100-002 | | 4,677.90 | 0.13 |
| 09/28/09 | {8} | Univ. Intern'l | med mal settlement | 1129-000 | 30,000.00 | | 30,000.13 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.16 | | 30,000.29 |
| 10/06/09 | {8} | Alexian Brothers | Settlement re: Defendant (Alexian Bros.) | 1129-000 | 40,000.00 | | 70,000.29 |
| 10/19/09 | | From Account #********8966 | Transfer funds to pay PI settlement | 9999-000 | 10,322.10 | | 80,322.39 |
| 10/19/09 | | To Account #********8966 | Per Ct. Order of 9/21 - pay PI Attys & certain creditors | 9999-000 | | 34,100.39 | 46,222.00 |
| 10/23/09 | | To Account #********8966 | Correct mis-deposit of 10/19 to cover cks written. | 9999-000 | | 20,644.20 | 25,577.80 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.86 | | 25,579.66 |

| | | | |
| --- | --- | --- | --- |
| ACCOUNT TOTALS | 130,324.25 | 104,744.59 | $25,579.66 |
| Less: Bank Transfers | 35,322.10 | 79,744.59 | |
| Subtotal | 95,002.15 | 25,000.00 | |
| Less: Payments to Debtors | | 4,677.90 | |
| NET Receipts / Disbursements | $95,002.15 | $20,322.10 | |

{} Asset reference(s)

Printed: 11/25/2009 07:31 AM V.11.53

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 08-72232 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | KLOSOWSKI, ANTHONY M | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | KLOSOWSKI, DELLA M | | Account: | ***.*****89-66 - Checking Account |
| Taxpayer ID #: | 54-6855712 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 11/25/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/31/09 | | Transfer Deposit to reflect bank info | | 9999-000 | 25,000.00 | | 25,000.00 |
| 09/14/09 | | To Account #*********8965 | To fund check written off of MMA | 9999-000 | | 25,000.00 | 0.00 |
| 10/19/09 | | From Account #*********8965 | Pert Ct. Order of 9/21 - pay PI Attys & certain creditors | 9999-000 | 34,100.39 | | 34,100.39 |
| 10/19/09 | | To Account #*********8965 | Transfer funds to pay PI settlement | 9999-000 | | 10,322.10 | 23,778.29 |
| 10/19/09 | 101 | Law Offices of Sandman, Levy & Petrich | Attys fees and costs per Court ORder of 9/21/09 | 3210-600 | | 24,287.50 | -509.21 |
| 10/19/09 | 102 | Illinois Health Care & Family Services | Per court order of 9/21/09 | 4220-000 | | 6,802.38 | -7,311.59 |
| 10/19/09 | 103 | Medicare | Per Court Order of 9/21/09 | 4220-000 | | 3,010.51 | -10,322.10 |
| 10/19/09 | 104 | Anthony and Della Klosowski | Exemption in malpractice claim | 8100-002 | | 10,322.10 | -20,644.20 |
| 10/23/09 | | From Account #*********8965 | Correct mis-deposit of 10/19 to cover cks written. | 9999-000 | 20,644.20 | | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 79,744.59 | 79,744.59 | $0.00 |
| Less: Bank Transfers | 79,744.59 | 35,322.10 | |
| Subtotal | 0.00 | 44,422.49 | |
| Less: Payments to Debtors | | 10,322.10 | |
| NET Receipts / Disbursements | $0.00 | $34,100.39 | |

| Net Receipts : | 95,002.15 |
|---|---|
| Less Payments to Debtor : | 15,000.00 |
| Net Estate : | $80,002.15 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***.*****89-65 | 95,002.15 | 20,322.10 | 25,579.66 |
| Checking # ***.*****89-66 | 0.00 | 34,100.39 | 0.00 |
| | $95,002.15 | $54,422.49 | $25,579.66 |

{} Asset reference(s)

Printed: 11/25/2009 07:31 AM    V.11.53

# EXHIBIT A
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** November 24, 2008

**Case Number:** 08-72232  
**Debtor Name:** KLOSOWSKI, ANTHONY M

Page: 1

**Date:** November 25, 2009  
**Time:** 07:31:22 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | JOSEPH D. OLSEN<br>1318 EAST STATE STREET<br>ROCKFORD, IL 61104-2228 | Admin Ch. 7 | [Updated by Surplus to Debtor Report based on Net Estate Value: 74902.65] | $6,995.13 | $0.00 | 6,995.13 |
| 200 | JOSEPH D. OLSEN<br>1318 EAST STATE STREET<br>ROCKFORD, IL 61104-2228 | Admin Ch. 7 | | $190.18 | $0.00 | 190.18 |
| 200 | Yalden, Olsen & Willette<br>1318 East State Street<br>Rockford, IL 61104 | Admin Ch. 7 | | $1,281.00 | $0.00 | 1,281.00 |
| 1<br>610 | Preferred Capital Lending, Inc.<br>368 W. Huron Street - Suite 200<br>Chicago, IL 60610 | Unsecured | | $6,208.22 | $0.00 | 6,208.22 |
| 2<br>610 | American General Finance, Inc.<br>c/o Attorney Stephen G. Balsley<br>6833 Stalter Drive<br>Rockford, IL 61108 | Unsecured | | $3,795.00 | $0.00 | 3,795.00 |
| 3<br>610 | Rockford Cardiology Associates<br>c/o United Credit Service Inc-Agent<br>P O Box 740, 15 N Lincoln St<br>Elkhorn, WI 53121 | Unsecured | | $22.00 | $0.00 | 22.00 |
| 4<br>610 | Cottonwood Financial Illinois, LLC.<br>1901 Gateway Drive, Ste 200<br>Irving, TX 75038 | Unsecured | | $783.19 | $0.00 | 783.19 |
| 5<br>610 | Rockford Infectious Disease Consul<br>129 Phelps Avenue - #508<br>Rockford, IL 61108-2455 | Unsecured | | $144.58 | $0.00 | 144.58 |
| 6<br>610 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Unsecured | | $679.38 | $0.00 | 679.38 |
| 1I<br>640 | Preferred Capital Lending, Inc.<br>368 W. Huron Street - Suite 200<br>Chicago, IL 60610 | Unsecured | | $203.60 | $0.00 | 203.60 |
| 2I<br>640 | American General Finance, Inc.<br>c/o Attorney Stephen G. Balsley<br>6833 Stalter Drive<br>Rockford, IL 61108 | Unsecured | | $124.46 | $0.00 | 124.46 |
| 3I<br>640 | Rockford Cardiology Associates<br>c/o United Credit Service Inc-Agent<br>P O Box 740, 15 N Lincoln St<br>Elkhorn, WI 53121 | Unsecured | | $0.72 | $0.00 | 0.72 |
| 4I<br>640 | Cottonwood Financial Illinois, LLC.<br>1901 Gateway Drive, Ste 200<br>Irving, TX 75038 | Unsecured | | $25.68 | $0.00 | 25.68 |

# EXHIBIT A
## ANALYSIS OF CLAIMS REGISTER

Claims Bar Date: November 24, 2008

Case Number: 08-72232  
Debtor Name: KLOSOWSKI, ANTHONY M  
Page: 2  
Date: November 25, 2009  
Time: 07:31:22 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 5I 640 | Rockford Infectious Disease Consul<br>129 Phelps Avenue - #508<br>Rockford, IL 61108-2455 | Unsecured | | $4.74 | $0.00 | 4.74 |
| 6I 640 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Unsecured | | $22.28 | $0.00 | 22.28 |
| SURPLUS 650 | KLOSOWSKI, ANTHONY M<br>6419 South Kimberlee Way<br>Chandler, AZ 85249-4177 | Unsecured | | $5,099.50 | $0.00 | 5,099.50 |
| << Totals >> | | | | 25,579.66 | 0.00 | 25,579.66 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-72232
Case Name: KLOSOWSKI, ANTHONY M
Trustee Name: JOSEPH D. OLSEN

Claims of secured creditors will be paid as follows:

*Claimant*                                    *Proposed Payment*
                        N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | JOSEPH D. OLSEN | $ 6,995.13 | $ 190.18 |
| *Attorney for trustee* | Yalden, Olsen & Willette | $ 1,281.00 | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                *Fees*            *Expenses*

**UST Form 101-7-TFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 11,632.37 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 103.3 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Preferred Capital Lending, Inc. | $ 6,208.22 | $ 6,208.22 |
| 11 | Preferred Capital Lending, Inc. | $ 203.60 | $ 203.60 |
| 2 | American General Finance, Inc. | $ 3,795.00 | $ 3,795.00 |
| 21 | American General Finance, Inc. | $ 124.46 | $ 124.46 |
| 3 | Rockford Cardiology Associates | $ 22.00 | $ 22.00 |
| 31 | Rockford Cardiology Associates | $ 0.72 | $ 0.72 |
| 4 | Cottonwood Financial Illinois, LLC. | $ 783.19 | $ 783.19 |
| 41 | Cottonwood Financial Illinois, LLC. | $ 25.68 | $ 25.68 |
| 5 | Rockford Infectious Disease Consul | $ 144.58 | $ 144.58 |

**UST Form 101-7-TFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 5I | Rockford Infectious Disease Consul | $ 4.74 | $ 4.74 |
| 6 | Roundup Funding, LLC | $ 679.38 | $ 679.38 |
| 6I | Roundup Funding, LLC | $ 22.28 | $ 22.28 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number   Claimant                             Allowed Amt. of Claim   Proposed Payment*
N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number   Claimant                             Allowed Amt. of Claim   Proposed Payment*
N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $5,099.50.

**UST Form 101-7-TFR (9/1/2009)**