**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: KLOSOWSKI, ANTHONY M | § | Case No. 08-72232 |
| KLOSOWSKI, DELLA M | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 12/30/2009 in Courtroom 115, United States Courthouse, 211 South Court
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/25/2009          By: /s/JOSEPH D. OLSEN_____
                                       Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228

**UST Form 101-7-NFR (9/1/2009)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: KLOSOWSKI, ANTHONY M    § Case No. 08-72232
KLOSOWSKI, DELLA M    §
    §
    §
Debtor(s)    §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 95,002.15 |
| *and approved disbursements of* | $ 69,422.49 |
| *leaving a balance on hand of* [1] | $ 25,579.66 |

Claims of secured creditors will be paid as follows:

*Claimant*                                                                *Proposed Payment*
                             N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | JOSEPH D. OLSEN | $ 6,995.13 | $ 190.18 |
| Attorney for trustee | Yalden, Olsen & Willette | $ 1,281.00 | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                *Fees*                *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

*Attorney for debtor* _____ $_____ $_____
*Attorney for* _____ $_____ $_____
*Accountant for* _____ $_____ $_____
*Appraiser for* _____ $_____ $_____
Other _____ $_____ $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 11,632.37 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 103.3 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Preferred Capital Lending, Inc. | $ 6,208.22 | $ 6,208.22 |
| 1I | Preferred Capital Lending, Inc. | $ 203.60 | $ 203.60 |
| 2 | American General Finance, Inc. | $ 3,795.00 | $ 3,795.00 |
| 2I | American General Finance, Inc. | $ 124.46 | $ 124.46 |
| 3 | Rockford Cardiology Associates | $ 22.00 | $ 22.00 |
| 3I | Rockford Cardiology Associates | $ 0.72 | $ 0.72 |
| 4 | Cottonwood Financial Illinois, LLC. | $ 783.19 | $ 783.19 |
| 4I | Cottonwood Financial Illinois, LLC. | $ 25.68 | $ 25.68 |

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 5 | Rockford Infectious Disease Consul | $ 144.58 | $ 144.58 |
| 5I | Rockford Infectious Disease Consul | $ 4.74 | $ 4.74 |
| 6 | Roundup Funding, LLC | $ 679.38 | $ 679.38 |
| 6I | Roundup Funding, LLC | $ 22.28 | $ 22.28 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number   Claimant                          Allowed Amt. of Claim   Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number   Claimant                          Allowed Amt. of Claim   Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $5,099.50.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (9/1/2009)

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: lorsmith               Page 1 of 2                  Date Rcvd: Dec 04, 2009
Case: 08-72232                Form ID: pdf006              Total Noticed: 84

The following entities were noticed by first class mail on Dec 06, 2009.
db/jdb          Anthony M Klosowski,    Della M Klosowski,    36419 S Kimberlee Way,    Chandler, AZ  85249
aty            +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
                 Rockford, IL 61108-2582
aty            +Craig A Willette,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
tr             +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
12416847        ACC International,    ACC Building,    919 Estes Court,    Hoffman Estates, IL 60179-4427
12416851       +ASTA Care Center of Rockford,    707 West Riverside Boulevar,    Rockford, IL 61103-2125
12416848       +Advanced Rehab Medicine, Ltd.,    4525 Forest View Avenue,    Rockford, IL 61108-6406
12416849        Affiliated Radiologists, SC,    Dept. 4104,    Carol Stream, IL 60122-4104
12579658       +American General Finance, Inc.,    c/o Attorney Stephen G. Balsley,    6833 Stalter Drive,
                 Rockford, IL 61108-2579
12416852       +Attorney Joel S. Gilbert,    2339 Hamilton Place,    Schaumburg, IL 60194-2566
12416853       +Biltmore Rehabilitation and,    Nursing Center,    1701  5th Avenue,    Belvidere, IL 61008-5517
12416854       +Biorn Corporation,    PO Box 464,    Rockford, MN 55373-0464
12416855        Bonaventure Medical Foundation,    PO Box 843147,    Boston, MA 02284-3147
12416858       +CB Accounts, Inc.,    1101 Main Street,    Peoria, IL 61606-1928
12416856        Camelot Radiology,    3849 N Perryville Rd,    Rockford, IL 61114-8080
12416857       +Capital One Bank,    % TSYS Debt Management,    PO Box 5155,    Norcross, GA 30091-5155
12416859       +Central DuPage Emercency Physicians,    Box 366,    Hinsdale, IL 60522-0366
12416860        Central DuPage Hospital,    25 N. Winfield Road,    Winfield, IL 60190-1295
12416861        Central Dupage Physician Group,    PO Box 479,    Winfield, IL 60190-0479
12416863        Computer Credit, Inc.,    PO Box 5238,    Winston Salem, NC 27113-5238
12590671       +Cottonwood Financial Illinois, LLC.,    1901 Gateway Drive, Ste 200,    Irving TX 75038-2425
12416865       +DuPage Internal Medicine,    517 Thornhill Drive,    Carol Stream, IL 60188-2776
12416868       +EMPI, Inc.,    599 Cardigan Road,    Saint Paul, MN 55126-4099
12416866        Elk Grove Lab Physicians, PC,    Dept. 77-9154,    Chicago, IL 60678-0001
12416867        Elk Grove Radiology, SC,    75 Remittance Drive,    Suite 6500,    Chicago, IL 60675-6500
12416869        Enloe Pharmacy,    76 N Sunnyside Road,    Decatur, IL 62522
12416870       +Great Lakes Neuropsychology,    5758 Elaine Drive,    Rockford, IL 61108-3102
12416872        HSBC Card Services,    PO Box 81622,    Salinas, CA 93912-1622
12416871       +Heights Finance,    3726 Elm Street,    Mchenry, IL 60050-4360
12416873        IHC Swedish American,    Emergency Physicians,    PO Box 3261,    Milwaukee, WI 53201-3261
12416878       +IPC of Illinois,    PO Box 92934,    Los Angeles, CA 90009-2934
12416874       +Illinois MediCar, Inc.,    PO Box 1407,    Elmhurst, IL 60126-8407
12416875       +Infectious Disease Associates,    PO Box 309,    Itasca, IL 60143-0309
12416876       +Infinity Healthcare Physicians,    111 E. Wisconsin Avenue - Ste. 2000,    Milwaukee, WI 53202-4809
12416877       +Integrated Home Care Services,    5027 Harrison Avenue,    Rockford, IL 61108-8010
12416879       +Janet Wattles Clinic,    526 W. State Street,    Rockford, IL 61101-1214
12416880       +Johnson’s Portable X-Ray,    2444 King Cove,    Belvidere, IL 61008-7453
12416881        Juniper Bank,    PO Box 8802,    Wilmington, DE 19899-8802
12416882        Kirkland Medical Clinic,    406 S. 5th Street,    Kirkland, IL 60146
12416883       +M3 Financial Services, Inc.,    PO Box 7230,    Westchester, IL 60154-7230
12416884       +Mea Elk Grove, LLC,    PO Box 366,    Hinsdale, IL 60522-0366
12416885       +Medical Recovery Specialists,    2200 E. Devon - Suite 288,    Des Plaines, IL 60018-4501
12416886       +Merchants Credit Guide Co.,    223 W. Jackson Blvd.,    Chicago, IL 60606-6993
12416887       +Midwest IDS, LLC,    PO Box 638,    Winfield, IL 60190-0638
12416889       +Mutual Management,    PO Box 4777,    Rockford, IL 61110-4777
12416891       +Northwest Healthcare Assocs.,    2360 Hassell Road - Suite F,    Schaumburg, IL 60169-2171
12416892        Northwest Neurology, Ltd.,    M 260 W. Higgins Road,    Suite 201,    Schaumburg, IL 60195
12416893        Northwest Oncology & Hematology, SC,    3701 Algonquin Road,    Suite 900,
                 Rolling Meadows, IL 60008-3193
12416894       +NuMark Credit Union,    9809 W. 55th Street,    La Grange, IL 60525-3634
12416895       +OMNI Credit Services,    333 Bishops Way,    Brookfield, WI 53005-6223
12416896       +OSF Home Infusion Pharmacy,    2265 W, Altorfer Drive,    Peoria, IL 61615-1807
12416897       +OSF St. Anthony Medical Center,    5666 E. State Street,    Rockford, IL 61108-2472
12416898     ++++PHILLIP CACIOPPO MD, SC,    800 BIESTERFIELD RD STE 202,    ELK GROVE VILLAGE IL  60007-3372,
                 Elk Grove Village, IL 60007
                (address filed with court:  Phillip Cacioppo MD, SC,    810 Biesterfield Road,    Suite 202,
                 Elk Grove Village, IL 60007)
12416899        Physicians Immediate Care,    P O Box 2176,    Dept 5389,    Milwaukee, WI 53201-2176
12416900       +Preferred Capital Lending, Inc.,    Amy Galvin Grogan/Garelli & Grogan,
                 340 W Butterfield Rd Suite 2A,    Elmhurst, IL 60126-5042
12416901       +Radiology Consultants of Rockford,    PO Box 4542,    Rockford, IL 61110-4542
12416902        Rehab Associates of Chicago, SC,    PO Box 388320,    Chicago, IL 60638-8320
12416903       +Rehabilitation Assoc of the Midwest,    909 E. Palatine Road,    Palatine, IL 60074-5551
12416904        Rockford Anesthesiologist,    PO Box 4569,    Rockford, IL 61110-4569
12581360       +Rockford Cardiology Associates,    c/o United Credit Service Inc-Agent,
                 P O Box 740, 15 N Lincoln St,    Elkhorn WI 53121-0740
12416905        Rockford Cardiology Associates,    PO Box 8410,    Rockford, IL 61126-8410
12416906        Rockford Gastroenterology Assoc.,    401 Roxbury Road,    Rockford, IL 61107-5078
12416907       +Rockford Infectious Disease Consul,    129 Phelps Avenue - #508,    Rockford, IL 61108-2483
12416908       +Rockford Mercantile,    2502 S. Alpine Road,    Rockford, IL 61108-7813
12416909       +Rockford Orthopedic Associates,    535 Roxbury Road,    Rockford, IL 61107-5076
12416910        Rockford Radiology Assoc.,    PO Box 5368,    Rockford, IL 61125-0368
12416911       +Rush University Medical Center,    1700 West Van Buren Street,    Suite 161 TOB,
                 Chicago, IL 60612-5500
12416912       +Sandman, Levy and Petrich,    134 N. Lasalle Street,    9th Floor,    Chicago, IL 60602-1086
12416913       +Suburban Associates in Opthalmology,    1100 W. Central Road,    Suite 205,
                 Arlington Heights, IL 60005-2465
12416914        Suburban Lung Associates, SC,    PO Box 6971,    Lincoln, NE 68506-0971
12416915       +Superior Air Ground,    Ambulance Service,    PO Box 1407,    Elmhurst, IL 60126-8407
12416916        Swedish American Hospital,    PO Box 4448,    Rockford, IL 61110-0948
12416917       +Swedish American Medical Group,    2550 Charles Street,    PO Box 1567,    Rockford, IL 61110-0067
```

```
District/off: 0752-3           User: lorsmith              Page 2 of 2              Date Rcvd: Dec 04, 2009
Case: 08-72232                 Form ID: pdf006             Total Noticed: 84

12416918      +The Cash Store #305,    427 S. State Street,    Belvidere, IL 61008-3706
12416919       The Rockford Surgical Service,    5668 East State Street,    Rockford, IL 61108-2464
12416920      +Transworld Collection Systems,    Collection Agency,    25 Northwest Point Blvd. - #750,
                Elk Grove Village, IL 60007-1058
12416922      +United Recovery Systems,    18525 Torrence Avenue,    Suite C-6,    Lansing, IL 60438-2891
The following entities were noticed by electronic transmission on Dec 04, 2009.
12416850      +E-mail/PDF: CBP@AGFINANCE.COM Dec 04 2009 23:11:41       American General Finance,
                5451 East State Street,    East State Square,    Rockford, IL 61108-2337
12416862       Fax: 602-221-4614 Dec 04 2009 22:23:11       Chase Auto Finance,    PO Box 9001083,
                Louisville, KY 40290-1083
12416864       E-mail/Text: DSTAFFORD@CREDITORSPROTECTION.COM
                Creditors Protection Service, Inc.,    PO Box 4115,    Rockford, IL 61110-0615
12416888      +E-mail/Text: iordonez@rushortho.com                       Midwest Orthopaedics at RUSH, LLC,
                1 Westbrook Corporate Center,    Suite 240,    Westchester, IL 60154-5745
12416890      +E-mail/Text: bankrup@nicor.com                            NiCor Gas,    PO Box 8350,
                Aurora, IL 60507-8577
12870537       E-mail/PDF: BNCEmails@blinellc.com Dec 04 2009 23:08:50       Roundup Funding, LLC,    MS 550,
                PO Box 91121,    Seattle, WA 98111-9221
12416921       E-mail/PDF: ucsinc@unitedcreditservice.com Dec 04 2009 23:12:28       United Credit Service,
                PO Box 740,    Elkhorn, WI 53121-0740
                                                                                               TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
                                                                                               TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 06, 2009**                           **Signature:**    _Joseph Speetjens_